■ In the Matter of LOUIS JACKSON, II, Appellant, v DEBBRA BEACH, Respondent. [945 NYS2d 900]—Appeal from an order of the Family Court, Chautauqua County (Stephen W. Cass, A.J.), entered October 13, 2010 in a proceeding pursuant to Family Court Act article 6. The order denied the violation petitions and modification petitions.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Smith, Centra, Lindley and Martoche, JJ.